UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MICHAEL RICHARD,

        Plaintiff,                   Case No. 1:07-cv-357

v.                                    Honorable Richard Alan Enslen

PATRICIA CARUSO, *et al.*,

        Defendants.
_____/

## ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

      This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. On June 11, 2007, the Court entered an Opinion and Order denying Plaintiff leave to proceed *in forma pauperis* because he has "three strikes" within the meaning of 28 U.S.C. § 1915(g). Plaintiff has now filed a notice of appeal, but has failed to submit the $455.00 filing fee. As outlined in the Court's Opinion and Order denying him pauper status based on § 1915(g), Plaintiff is barred from proceeding *in forma pauperis* on this appeal, and, thus, must pay the $455.00 filing fee in a lump sum. Plaintiff has 30 days from the date of entry of this Order to pay the entire filing fee for appealing a civil action, which is $455.00, to the Clerk of this Court. Plaintiff's failure to comply with this Order may result in dismissal of this appeal without prejudice by the Sixth Circuit Court of Appeals.

                                                /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:          RICHARD ALAN ENSLEN
     September 24, 2007             SENIOR UNITED STATES DISTRICT JUDGE

**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:

Clerk, U.S. District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**